```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 14-03269-RNO
Cheryl Lenor Myers                                                  Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: karendavi        Page 1 of 1        Date Rcvd: Jan 18, 2017
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
4525540        +M&T Mortgage Corporation,    475 Crosspoint Parkway,    Getzville, NY 14068-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    M&T BANK ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Trustee Charles J. DeHart, III (Trustee) KMWesq@aol.com,
               law297@aol.com
              Kevin M Walsh    on behalf of Debtor Cheryl Lenor Myers KMWesq@aol.com,  law297@aol.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHERYL LENOR MYERS, : CHAPTER 13 BANKRUPTCY
:
Debtor : CASE NO: 5-14-bk-03269-RNO

# ORDER APPROVING
# MOTION FOR APPROVAL OF
# MORTGAGE MODIFICATION AGREEMENT
# (22 Machell Ave., Dallas, PA 18612)

Upon and after due consideration of the within Motion, Debtor's Motion for approval of Mortgage Modification Agreement is granted. The lender is allowed to amend its Proof of Claim.

By the Court,

Dated: January 18, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)