```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                            Case No. 14-03269-JJT
Cheryl Lenor Myers                                                Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: karendavi              Page 1 of 2                  Date Rcvd: Jun 20, 2017
                              Form ID: pdf010              Total Noticed: 74
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2017.
```
db             +Cheryl Lenor Myers,    22 Machell Drive,    Dallas, PA 18612-1611
4518290         Advanced Call Center Technologies,     P.O. Box 9091,    Gray, TN 37615-9091
4518292        +American Med Systems, Inc.,     1519 Boettler Rd., Ste. A,    Uniontown, OH 44685-7761
4518293         Bayada Home Health Care,    P.O. Box 514085,    Philadelphia, PA 19175-4085
4518295        +Bonnie M. Mancia, M.D.,    P.O. Box 1895,    Plains, PA 18705-0895
4550475         Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4518296        +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
4518297         Comenity-Avenue,    P.O. Box 659584,    San Antonio, TX 78265-9584
4518298        +Community Surgical Group, P.C.,     540 Pierce Street,    Kingston, PA 18704-5760
4518300        +Dallas Area Municipal Author,     101 Memorial Highway,    Shavertown, PA 18708-7703
4518301        +Dallas Area Municipal Authority,     101 Memorial Highway,    Shavertown, PA 18708-7703
4518302        +Dallas Area Muniicipal Authority,     101 Memorial Hwy.,    Shavertown, PA 18708-7703
4518303         Dallas Fire & Ambulance,    P.O. Box 90,    Danville, PA 17821-0090
4518305        +EKG Associates,    610 Wyoming Ave.,    Kingston, PA 18704-3702
4518306         Express Scripts,    Payment Processing Center,     P.O. Box 7247,    Philadelphia, PA 19170-0904
4518307        +FMA Alliance, Ltd,    12339 Cutten Road,    Houston, TX 77066-1807
4518308        +FNCB,    102 East Drinker Street,    Dunmore, PA 18512-2432
4518309        +Francis J. Collini, M.D.,    1845 Memorial Highway,    Shavertown, PA 18708-1482
4518310         Geisinger Health,    100 North Academy Ave,    Danville, PA 17822-3941
4518311        +Geisinger Medical Center,    P.O. Box 828518,    Philadelphia, PA 19182-8518
4518312        +Geisinger Medical Group,    P.O. Box 828518,    Philadelphia, PA 19182-8518
4518313        +Geisinger Wyoming Valley,    P.O. Box 827702,    Philadelphia, PA 19182-7702
4518314         Harveys Lake Borough,    P.O. Box 60,    Harveys Lake, PA 18618-0060
4518315         Home Depot,    P O Box 6497,    Sioux Falls, SD 57117-6497
4518319        +John Prater, M.D.,    836 N. Washington Street,    Wilkes-Barre, PA 18705-1823
4518322        +Luzerne County Tax Claim Bureau,     200 N River Street,    Wilkes Barre, PA 18711-1004
4542666         M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
4525540        +M&T Mortgage Corporation,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
4518325         MedExpress,    P.O. Box 7964,    Belfast, ME 04915-7900
4518326         Medicredit, Inc.,    P.O. Box 411187,    St. Louis, MO 63141-3187
4518327        +Merchants' Credit Guide Co.,    223 W. Jackson Blvd. $700,    Chicago, IL 60606-6914
4518329         Monarch Recovery Management, Inc.,     10965 Decatur Road,    Philadelphia, PA 19154-3210
4518331         NE Rehabilitation Assoc.,    5 Morgan Highway, Suite 4,    Scranton, PA 18508-2641
4518330        +National Bond Collection,    P O Box 1381,    Wilkes Barre, PA 18703-1381
4518332         North American Partners in,    Anesthesia Pennsylvania, LLP,     P.O. Box 275,
                 Glen Head, NY 11545-0275
4518333        +Orthopaedic Consultants,    of Wyoming Valley,    390 Pierce Street,    Kingston, PA 18704-5532
4518334         Penn Credit,    916 S.14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
4518335         Pennsylvania Dept. of Revenue,    Bureau of Collections,    & Taxpayer Services,
                 P.O. Box 281041,    Harrisburg, PA 17128-1041
4518337        +Pro Rehabilitation Service,    1086 Highway 315,    Plaza 315,    Plains, PA 18702-7012
4518338         Professional Account Service,     P.O. Box 188,    Brentwood, TN 37024-0188
4518340        +Progressive Financial Service,    1919 W. Fairmont-Ste. 8,    Tempe, AZ 85282-3194
4518341         R.N. Fitch & Sons, Inc.,    185 Rear Huntsville Road,    Dallas, PA 18612
4518342        +Radiology Associates of Wyom,    P O Box 197,    State College, PA 16804-0197
4518343         Sears Credit Cards,    P O Box 183081,    Columbus, OH 43218-3081
4518344        +Tek-Collect, Inc.,    P.O. Box 1269,    Columbus, OH 43216-1269
4518345         Through the Country Door,    1112 7th Avenue,    Monroe, WI 53566-1364
4518348         Viking Client Services,    P.O. Box 44997,    Minneapolis, MN 55344-2697
4518350         Wilkes-Barre General Hospita,    P.O. Box 415616,    Boston, MA 02241-5616
4570416        +Wilkes-Barre General Hospital,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
4518351         Wilkes-Barre General Hospital,    P.O. Box 630958,    Cincinnati, OH 45263-0958
4518352        +Wyoming Valley Infectious,    Disease Assoc., P.C.,    545 N. River Street, Ste 205,
                 Wilkes-Barre, PA 18702-2647
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4518291        +E-mail/Text: khaffn@allied-services.org Jun 20 2017 18:40:30     Allied Services,
                 100 Abington Executive Park,    Clarks Summit, PA 18411-2260
4526585         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 20 2017 18:47:55
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
4518294         E-mail/Text: banko@berkscredit.com Jun 20 2017 18:40:24     Berks Credit & Collections, Inc.,
                 P.O. Box 329,    Temple, PA 19560-0329
4518299         E-mail/Text: hariasdiaz@creditmanagementcompany.com Jun 20 2017 18:40:35
                 Credit Management Co.,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
4518304         E-mail/Text: mrdiscen@discover.com Jun 20 2017 18:40:20     Discover Bank,
                 6500 New Albany Road,    New Albany, OH 43054
4519952         E-mail/Text: mrdiscen@discover.com Jun 20 2017 18:40:20     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
4518317         E-mail/Text: cio.bncmail@irs.gov Jun 20 2017 18:40:23     IRS,    ACS Support,    P O Box 8208,
                 Philadelphia, PA 19101-8208
4518318         E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2017 18:42:20     J C Penny,    P O Box 965009,
                 Orlando, FL 32896-5009
```

```
District/off: 0314-5           User: karendavi              Page 2 of 2                  Date Rcvd: Jun 20, 2017
                               Form ID: pdf010              Total Noticed: 74
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4530624        E-mail/Text: bk.notifications@jpmchase.com Jun 20 2017 18:40:26      JPMorgan Chase Bank, N.A.,
                National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
4518320        E-mail/Text: bnckohlsnotices@becket-lee.com Jun 20 2017 18:40:21      Kohl's Payment Center,
                P O Box 2983,    Milwaukee, WI 53201-2983
4518321        E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2017 18:42:21      Lowe's/GECRB,    P O Box 530914,
                Atlanta, GA 30353-0914
4518324        E-mail/Text: camanagement@mtb.com Jun 20 2017 18:40:25      M&T Bank,    P.O. Box 1288,
                Buffalo, NY 14240-1288
4547114        E-mail/Text: camanagement@mtb.com Jun 20 2017 18:40:25      M&T Bank,    P.O. Box 1288,
                Buffalo, New York 14240-1288
4518323        E-mail/Text: camanagement@mtb.com Jun 20 2017 18:40:25      M&T Bank,    P.O. Box 62146,
                Baltimore, MD 21264-2146
4518328       +E-mail/Text: mmrgbk@miramedrg.com Jun 20 2017 18:40:31      MiraMed Revenue Group, LLC,
                991 Oak Creek Drive,    Lombard, IL 60148-6408
4557399        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2017 18:47:50
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4522041        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2017 18:40:29
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
4518336       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2017 18:47:50
                Portfolio Recovery Associate,    P O Box 12914,    Norfolk, VA 23541-0914
4521326        E-mail/Text: bnc-quantum@quantum3group.com Jun 20 2017 18:40:26
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
4518289        E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2017 18:42:31      R Us Credit Cards/GECRB,
                Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
4518346        E-mail/Text: bkrcy@ugi.com Jun 20 2017 18:40:38      UGI Penn Natural Gas, Inc.,    P O Box 15533,
                Wilmington, DE 19886-5533
4518347        E-mail/Text: bkrcy@ugi.com Jun 20 2017 18:40:38      UGI Utilities, Inc.,    P O Box 15523,
                Wilmington, DE 19886-5523
4518349       +E-mail/Text: BKRMailOps@weltman.com Jun 20 2017 18:40:32      Weltman, Weinberg & Reis,
                P.O. Box 93596,    Cleveland, OH 44101-5596
                                                                                               TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4518316*        Internal Revenue Service,    Special Procedures Branch,    Bankruptcy Section,   P O Box 7346,
                Philadelphia, PA 19101-7346
4518339      ##+Professional Bureau of Collections,    of Maryland, Inc.,   P.O. Box 628,
                Elk Grove, CA 95759-0628
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2017 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    M&T BANK ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor Cheryl Lenor Myers KMWesq@aol.com, law297@aol.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**CHERYL LENOR MYERS**

    Debtor(s)

**CHARLES J. DEHART, III**
**CHAPTER 13 TRUSTEE**

    Movant(s)

vs.

**CHERYL LENOR MYERS**

    Respondent(s)

Chapter: 13

Case Number: **5-14-bk-03269-JJT**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: June 20, 2017

By the Court,

_(signature)_

John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Dismiss Case.WPT - REV 01/15

Case 5:14-bk-03269-JJT    Doc 74    Filed 06/22/17    Entered 06/23/17 00:49:40    Desc
Imaged Certificate of Notice    Page 3 of 3